IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                                                        PLAINTIFF

v.                              Case No. 1:23-cv-01077

SHERIFF LEROY MARTIN, *et al.*                                                DEFENDANTS

<u>**ORDER**</u>

        Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's Motion for Preliminary Injunction (ECF No. 5) be denied as moot because Plaintiff's request for injunctive relief was mooted by his transfer from the Columbia County Detention Center to the Arkansas Division of Correction. *Id.*

        Plaintiff filed timely objections. ECF No. 25. However, Plaintiff's objections never address Judge Bryant's legal analysis or present arguments as to why his motion is not moot. Instead, Plaintiff reiterates the claims he asserts in his Complaint (ECF No. 1) and Motion for Preliminary Injunction (ECF No. 5). Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a *de novo* review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*); *and see* 28 U.S.C. § 636(b)(1).

        Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 17) *in toto*. Plaintiff's Motion for Preliminary Injunction (ECF No. 5) is hereby **DENIED** as **MOOT**.

        **IT IS SO ORDERED**, this 22nd day of January, 2024.

                                                                               /s/ Susan O. Hickey
                                                                               Susan O. Hickey
                                                                               Chief United States District Judge