IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN R. BUTCHER                                                                    PLAINTIFF

v.                                        Case No. 1:23-cv-1077

SHERIFF LEROY MARTIN; DR. DARRELL
ELKIN (Facility Doctor); JAIL
ADMINISTRATOR GENE SIEGER; ALIYAH
ROSE; CAPTAIN JERRY MANESS; OFFICER
ROGERS; OFFICER GUICE; OFFICER
WILSON; SGT. STEPHANIE SINGLETON
(All of Columbia County Detention Center)                                         DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 91. Upon review of Separate Defendants Officer Guice, Jerry Maness, Leroy Martin, Officer Rogers, Aliyah Rose, Gene Sieger, Stephanie Singleton, and Officer Wilson's ("County Defendants") Motion for Summary Judgment (ECF No. 66) and Separate Defendant Darrell Elkin's Motion for Summary Judgment (ECF No. 73), Judge Bryant recommends that each motion be granted in part and denied in part. Specifically, Judge Bryant recommends that:

1.      The Motions (ECF Nos. 66, 73) should be GRANTED as to Plaintiff's conditions of confinement claims concerning toxic mold and inadequate and unsanitary food. These claims should be DISMISSED WITH PREJUDICE;

2.      The Motions (ECF Nos. 66, 73) should be DENIED as to Plaintiff's denial and delay of prescription medication claims. These claims should remain for further review. Defendants Martin, Sieger, Maness and Elkin should remain as parties in the case.

3.      Defendants Rose, Rogers, Guice, Wilson, and Singleton should be terminated as Defendants in this case.

ECF No. 91, p. 22.

County Defendants filed a timely objection, contending that the record cannot establish Plaintiff's denial of medical care claim regarding his medications.  ECF No. 93.  Plaintiff also objected, though his objection does not articulate a clear argument critical of Judge Bryant's R&R and instead reiterates many of the factual allegations underlying his claims.  ECF No. 96.

Upon de novo review, the Court hereby adopts Judge Bryant's R&R (ECF No. 91) in toto. Accordingly, County Defendants' Motion for Summary Judgment (ECF No. 66) and Separate Defendant Darrell Elkin's Motion for Summary Judgment (ECF No. 73) are hereby **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff's conditions of confinement claims are hereby **DISMISSED WITH PREJUDICE**.  Plaintiff's denial of medical care claims against Defendants Martin, Sieger, Maness and Elkin may proceed.  Defendants Rose, Rogers, Guice, Wilson, and Singleton are hereby terminated as Defendants in this case.

**IT IS SO ORDERED**, this 19th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge